IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SETH LAMAR, individually and
on behalf of all others similarly situated

PLAINTIFFS

v.   Case No. 4:16-cv-000135-KGB

LACY ONE, LLC and
TAMMARA LACY, individually and
as an owner of Lacy One, LLC

DEFENDANTS

## ORDER AND CONSENT JUDGMENT

Before the Court is a notice of settlement and motion for order filed by plaintiff Seth Lamar (Dkt. No. 37). Mr. Lamar submits that the parties have agreed to the consent judgment attached to this Order as Exhibit A. For good cause shown, the Court grants the motion, enters the consent judgment that is Exhibit A, and removes this matter from its trial docket.

So ordered this 7th day of September, 2018.

_____
Kristine G. Baker
United States District Judge

EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**SETH LAMAR**            **PLAINTIFF**

vs.        No. 4:16-cv-135-KGB

**LACY ONE, LLC, and TAMMARA LACY,**        **DEFENDANTS**
**Individually and as an Owner of LACY ONE, LLC**

## CONSENT JUDGMENT

NOW before this Court is Plaintiff's Complaint against Defendants Lacy One, LLC, and Tammara Lacy, individually and as an owner of Lacy One, LLC. After reviewing all the pleadings and the parties' agreement, this Court finds, orders and decrees as follows:

1. This Court has subject matter jurisdiction, and venue is proper.

2. On March 9, 2016, Plaintiff Seth Lamar (hereinafter "Plaintiff") filed his complaint herein against Defendants Lacy One, LLC, and Tammara Lacy, individually and as an owner of Lacy One, LLC (hereinafter "Defendants").

3. Plaintiff's Complaint states a claim for unpaid overtime compensation.

4. Defendants filed their Answer on April 12, 2016.

5. Defendants have since admitted responsibility for $1,500.00 owed to Plaintiff, as well as reasonable attorneys' costs and fees of $4,500.00, for a total amount owed of $6,000.00.

6. Plaintiff is entitled to judgment against Defendants, jointly and severally.

7. Upon agreement of the parties, execution and garnishment upon this judgment shall be stayed as long as the following payment schedule is followed: Defendants shall pay to Plaintiff $275.00 per month, beginning October 1, 2018, continuing until the full amount of $6,000.00 has been paid in full.

8. Payments shall be made directly to Plaintiff's attorneys by sending cash, check or money order to:

Sanford Law Firm, PLLC
P.O. Box 39
Russellville, Arkansas 72811

9. Plaintiff agrees to hold other collection of this judgment in abeyance so long as payments are received as set forth above. No interest shall accrue unless Defendants miss a payment for longer than thirty days.

10. If the payment schedule set forth in paragraph seven (7) above is not followed, Plaintiff is entitled to accelerate the entire amount of debt and can immediately execute on this judgment. If the payment schedule set forth above is not followed, Plaintiff can satisfy this judgment by garnishment of wages and bank accounts or the sale of the property of Defendants, without limitation. Additionally, should Defendants fail to make timely payments, the entire amount of the debt immediately becomes due and payable.

WHEREFORE, it is considered ordered and adjudged that Plaintiff Seth Lamar has judgment over and against Defendants Lacy One, LLC, and Tammara Lacy, jointly and severally, for $1,500.00 owed to Plaintiff, as well as reasonable attorneys' costs and fees of $4,500.00, for a total amount owed of $6,000.00, to be held in abeyance as set forth herein above. Defendants shall abide by the terms of the payment plan as provided.

**IT IS SO ORDERED.**

_____
HON. KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE

DATE: September 7th, 2018

**AGREED:**

_____
SETH LAMAR

Date: September 5, 2018

_____
TAMMARA LACY
Individually and on behalf of Lacy One, LLC

Date: September 4, 2018